UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>LK TEA AND GRILL, INC.,<br><br>        Defendant. | Case No. 3:21-cv-08516-WHO<br><br>**ORDER TO SHOW CAUSE** |

When I entered default judgment for the plaintiff, I ordered that he "shall serve a copy of this Order (at least by personal service) on the defendant and file a proof of service on the docket within 14 days." Dkt. No. 22 at 12. Plaintiff is ORDERED TO SHOW CAUSE why the judgment should not be vacated for his failure to comply with my order. He may respond to this Order by filing proof that service has been effectuated within 48 hours. Otherwise, at that time, I will vacate the judgment. He is ORDERED not to attempt to collect on the judgment until I order otherwise.

**IT IS SO ORDERED.**

Dated: July 13, 2022

William H. Orrick
United States District Judge